**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES M. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-432** |
| **DOUGLAS CORWIN, ET AL.** | **SECTION "O"** |

## ORDER AND REASONS

On May 29, 2026, Defendant Amica Insurance Company filed a motion[1] to dismiss, which was set for submission on June 24, 2026. Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that an opposition to a motion must be filed no later than eight days before the noticed submission date. Plaintiff James M. Lewis ("Plaintiff") has not filed a memorandum in opposition to Defendant's motion to dismiss.

Accordingly, because Defendant's motion is unopposed, and it appears to the Court that the motion has merit,

**IT IS ORDERED** that Defendant's motion to dismiss is **GRANTED** as unopposed. Plaintiff's claims as to only Amica Insurance Company, as alleged liability insurer of Douglas Corwin, are **DISMISSED** without prejudice.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Defendant's motion[2] to dismiss. Because such a motion would not have been necessary had a timely opposition

---

[1] ECF No. 6.
[2] *Id.*

memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

**IT IS FURTHER ORDERED** that the motion[3] by Amica Insurance Company to strike Amica Insurance Company from the case caption is **GRANTED**. The Clerk is directed to amend the case caption to read as follows:

*James M. Lewis,* Plaintiff,

v.

*Douglas Corwin*, Defendant

New Orleans, Louisiana, this 15th day of September, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[3] ECF No. 6.